Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−28569−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shawny L Bobbitt  
   aka Shawny Lenore Eloile Bobbitt  
   120 Franklin Street  
   Elizabethport, NJ 07206

Social Security No.:  
   xxx−xx−1153

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/5/19 at 10:00 AM

to consider and act upon the following:

*93* – Certification in Opposition to (related document:91 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/6/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Harvey I. Marcus on behalf of Shawny L Bobbitt. (Marcus, Harvey)

Dated: 4/24/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court